## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## FLORENCE DIVISION

| | |
|---|---|
| **Martha Wise** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **4:09-cv-01454-TLW** |
| **v.** | ) |
| | ) |
| **Commercial Recovery Systems,** | ) |
| **Inc., and Jennifer Gonzalez, an** | ) |
| **individual** | ) |
| | ) |
| **Defendant.** | ) |

### PLAINTIFF'S NOTICE OF DISMISSAL

Comes now the Plaintiff, Martha Wise, by and through the undersigned counsel of record, and hereby files this Notice of Dismissal with Prejudice and as grounds therefore state as follows:

1.    Defendant, Commercial Recovery Systems, Inc., was served a copy of the Summons, together with a copy of Plaintiff's Complaint, via certified mail, return receipt requested, August 20, 2009.

2.    Notice of Service on the Defendant, Commercial Recovery Systems, Inc. was properly filed with this Court.

3.    On October 15, 2009, the Court entered a default against the Defendant. However, after that time the parties were able to resolve their claims.

4.    Pursuant to FRCP 41(a)(1)(i), the Plaintiff files this Notice of Dismissal with the intention of dismissing this matter against the Defendant with prejudice.

/s/ Penny Hays Cauley
Penny Hays Cauley (Fed. ID No. 10323)

**OF COUNSEL**:
HAYS CAULEY, P.C.
549 West Evans Street, Suite E
Florence, SC 29501
(843) 665-1717
(843) 665-1718 Facsimile
phc917@hayscauley.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I also certify that I have mailed by U. S. Mail, the document to the following non-CM/ECF participants:

Robert F. Kemp, Esq.
4145 Travis Street
Suite 201
Dallas, Texas 75204

/s/ Penny Hays Cauley
Penny Hays Cauley